IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY *Cmc* D.C.

03 DEC -5 PM 12: 08

ROBERT R. Di TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA )
     Plaintiff, )
)
VS. )    CR. NO. 02-20346-B
)
MALCOLM E. ROATEN, )
)
     Defendant. )

## AMENDED
## ORDER ON CHANGE OF PLEA

This cause came on to be heard on May 22, 2003, the United States Attorney for this district appearing for the Government and the defendant, MALCOLM E. ROATEN, appearing in person and with counsel, Leslie I. Ballin, who was retained to represent the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to counts 1 and 6 of the indictment. Plea colloquy was held and the Court accepted the guilty plea. Counts 2, 3, 4, 5, 7 and 8 will be dismissed at sentencing.

**Sentencing is set for Thursday, September 4, 2003 at 2:00 p.m.**

The defendant shall remain on his present bond.

**ENTERED** this the ___ day of December, 2003.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:02-CR-20346 was distributed by fax, mail, or direct printing on December 5, 2003 to the parties listed.

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Malcolm E. Roaten
3097 Coleman Rd.
Memphis, TN 38128

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT