FILED BY ＿ D.C.

04 JAN 15 AM 11: 43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO.02-20346-B |
| MALCOLM ROATEN, | ) | |
| Defendant. | ) | |

## ORDER TO SURRENDER

The defendant, MALCOLM ROATEN, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **FCI - Yazoo, 2225 Haley Barbour Parkway, P.O. Box 5050, ,Yazoo City, Mississippi** by 2:00 p.m. on **Friday, January 30, 2004.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall sign one copy of this Order in the proper space below and return it to the Clerk of the Court in the enclosed self-addressed envelope, acknowledging that he has received a copy of this Order, and that he will report as ordered to the facility named above.

**ENTERED** this the 15th day of January, 2004.

J. DANILE BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 1-15-04



## ACKNOWLEDGMENT

I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.


Signed: _____
                    Defendant


Date:   _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:02-CR-20346 was distributed by fax, mail, or direct printing on January 15, 2004 to the parties listed.

Vivian R. Donelson
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Malcolm E. Roaten
3097 Coleman Rd.
Memphis, TN 38128

FCI-Yazoo City
FCI-YAZOO CITY
P.O. Box 5000
Yazoo City, MS 39194

Honorable J. Breen
US DISTRICT COURT